FILED
2016 Mar-24  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JOE FITZGERALD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.:** _____ |
| | ) |
| **MEMORIAL HALL MUSEUM, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, with a full reservation of all rights, defenses, objections, and exceptions, Memorial Hall Museum, Inc. (hereinafter "Memorial Hall"), defendant in that certain proceeding entitled "*Joe Fitzgerald v. Memorial Hall Museum, Inc.*" and bearing case number 47-cv-2016-900299, filed in the Circuit Court of Madison County, Alabama, hereby files its Notice of Removal and removes this action to the United States District Court for the Northern District of Alabama, Northeastern Division.  In support of removal, Memorial Hall states as follows:

1.    Memorial Hall is named as a defendant in the matter entitled *Joe Fitzgerald v. Memorial Hall Museum, Inc.* and bearing case number 47-cv-2016-900299, filed in the Circuit Court of Madison County, Alabama (hereinafter "State Court Action").

1571053.2

- 1 -

2.      Memorial Hall was served with a copy of Plaintiffs' petition in the State Court Action on March 5, 2016, a date not more than 30 days preceding the date of filing of this removal action.  This Notice of Removal, therefore, is timely under 28 U.S.C. § 1446(b).

3.      Venue of the removed action is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) as the Circuit Court of Madison County, Alabama, where the State Court Action is pending, is located within this judicial district.

4.      This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), because this is a civil action of which this Court has original jurisdiction. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because, as set forth below, there is complete diversity among Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs due to the value of the property at issue, which exceeds $75,000.00 due to the unique nature and condition of the property.

5.      This controversy is between citizens of different states. In support of this assertion, Petitioner avers the following:

a. At the commencement of this action and since that time, plaintiff, Joe Fitzgerald, is and has been a citizen and resident of the state of Alabama.

1571053.2

b. At the commencement of this action and since that time, Memorial Hall is a corporation incorporated under the laws of the state of Louisiana with its domicile and principal place of business located in the state of Louisiana; as such there is complete diversity of citizenship between Plaintiff (AL) and Defendant (LA) pursuant to 28 U.S.C. § 1332(a)(1).

6.     The amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.  Plaintiff seeks a declaration of his ownership of a certain civil war frock coat formerly belonging to Confederate Solider William Lyman (hereinafter the "Lyman Coat"), which was stolen from Memorial Hall's collection.  *See* the Affidavit of Dr. Keith Cangelosi (the "Cangelosi Affidavit"), which is attached hereto as Exhibit 1.  Because of the Lyman Coat's condition, history, and unique nature, and considering similarly situated items currently for sale, it has a value exceeding $75,000.00 and had such value as of the date this action was commenced;[1] and therefore, satisfies the amount-in-controversy requirement.  *See* Ex. 1.

---

[1] In his complaint, Plaintiff notes the price he paid for the stolen coat in 2009, but does not allege the Lyman Coat's actual value as of the date of this action. Because of the coat's status as stolen goods and, because it was likely sold without knowledge of the coat's true provenance, the alleged 2009 purchase price should not be determinative of the Lyman Coat's value for purpose of the amount-in-controversy requirement.

1571053.2

7.    Memorial Hall is the only defendant to be named or served in the State Court Action at the time of the filing of this Notice of Removal.

8.    In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit 2 is a copy of all process, pleadings, and orders served on Memorial Hall in the State Court Action as well as a copy of all process, pleadings, and orders available in the state court record.

9.    Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that, promptly after the filing of this Notice of Removal, written notice of this removal together with a copy of the Notice of Removal (with attached exhibits) will be served on Plaintiff through his counsel of record and filed with the Clerk of Court for the Circuit Court of Madison County, Alabama. Counsel will subsequently file this as Exhibit 3.

WHEREFORE, Memorial Hall, prays that this action be recognized as removed to and pending on the docket of this Court for further proceedings in accordance with law.

Respectfully submitted,

/s/ T. Dylan Reeves
T. DYLAN REEVES (ASB-3462-T75R)
McGLINCHEY STAFFORD, PLLC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Phone: (205) 725-6403
Fax: (205) 623-0810
Email: dreeves@mcglinchey.com

1571053.2

- 4 -

and

(*Pending Pro Hac Vice Admission*)
L. EADES HOGUE (LASB #1960)
MARK J. CHANEY, III (LASB #35704)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Phone: (504) 596-2752
Fax: (504) 910-8499
Email: lehogue@mcglinchey.com
           mchaney@mcglinchey.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ ECF system, which will send notification of such filing to the following:

G. Bartley Loftin, III, Esq.
J. Jameson Hughston, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Ste. 900
Huntsville, AL 35801-4900
(256) 517-5100 (telephone)
(256) 517-5200 (fax)
bloftin@babc.com
jhughston@babc.com


/s/T. Dylan Reeves
Of Counsel